1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT
9                   NORTHERN DISTRICT OF CALIFORNIA
10

11  NORMA AUXILIADORA        )
    DELGADILLO,              )
12                           )    No. C10-4362 BZ
              Plaintiff(s),  )
13                           )
         v.                  )    **ORDER TO SHOW CAUSE**
14                           )
    COMMISSIONER OF SOCIAL   )
15  SECURITY,                )
                             )
16            Defendant(s).  )
    _____)
17

18       On September 27, 2010, plaintiff filed her complaint and
19  application to proceed *in forma pauperis*. Because her
20  application was incomplete, the Court ordered her to file a
21  new and complete application by November 10, 2010. See Docket
22  No. 4. Plaintiff has not complied with this Order or taken
23  any further steps to prosecute this action. Accordingly,
24  plaintiff is **HEREBY ORDERED** to show cause in writing by **March**
25  **23, 2011** why this case should not be dismissed for lack of
26  prosecution or for failure to comply with the prior Order.
27  ///
28  ///

Failure to provide a satisfactory explanation may result in a dismissal of this case.

Dated: February 28, 2011

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\DELGADILLO V. COMM. SOC SEC\ORDER TO SHOW CAUSE.wpd