UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORMA AUXILIADORA DELGADILLO,<br><br>      Plaintiff,<br><br>    v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>      Defendant. | No. C10-4362 BZ<br><br>**ORDER FOR REASSIGNMENT** |

In view of the Report and Recommendation dated March 30, 2011, the clerk shall **REASSIGN** the above-captioned case immediately.

Dated: March 30, 2011

Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\DELGADILLO V. COMM. SOC SEC\REASSIGNMENT ORD.wpd

1