IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORMA DELGADILLO,<br><br>    Plaintiff,<br><br>  v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant.                             / | No. 10-04362 CW<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION OF MAGISTRATE JUDGE TO DISMISS CASE AND DISMISSING CASE |

    The Court has received the Report and Recommendation of Magistrate Bernard Zimmerman, filed on March 30, 2011, in the above entitled case.  No objections have been filed.  Accordingly, the Court hereby adopts Judge Zimmerman's report and recommendation that Plaintiff's case be dismissed without prejudice for failure to prosecute and failure to obey Court orders.  Accordingly, this case is dismissed without prejudice.  The Clerk of the Court shall close the file

    IT IS SO ORDERED.


Dated: 7/13/2011

                              CLAUDIA WILKEN
                              United States District Judge

UNITED STATES DISTRICT COURT<br>
FOR THE<br>
NORTHERN DISTRICT OF CALIFORNIA

DELGADILLO et al,

        Plaintiff,

  v.

COMMISSIONER OF SOCIAL SECURITY et al,

        Defendant.
        _____/

Case Number: CV10-04362 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on July 13, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Norma Delgadillo
252 Sunshine Drive
Pacifica, CA 94044

Dated: July 13, 2011

                                    Richard W. Wieking, Clerk
                                    By: Nikki Riley, Deputy Clerk